UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NOORA D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    2:23-cv-00184-JAW |
| | ) |
| KILO JIJAKAZI, Acting Commissioner of Social Security, | ) ) |
| | ) |
|     Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's January 16, 2024 Report and Recommended Decision (ECF No. 19), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

Accordingly, it is ORDERED that the Report and Recommended Decision (ECF No. 19) of the Magistrate Judge be and hereby is AFFIRMED, the decision of the Commissioner is VACATED, and the matter is REMANDED for further proceedings consistent with this Order and the Magistrate Judge's Report and Recommended Decision.

SO ORDERED.

        <u>/s/ John A. Woodcock, Jr.</u>
        JOHN A. WOODCOCK, JR.
        UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2024